IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| **CECIL E. HOPKINS, individually** | ) | |
| **and on behalf of a class of all others** | ) | |
| **similarly situated,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-05052-CV-SW-GAF |
| | ) | |
| **KANSAS TEACHERS COMMUNITY** | ) | |
| **CREDIT UNION,** | ) | |
| | ) | |
| Defendant/Third Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **MARATHON ROTHSCHILD CREDIT** | ) | |
| **UNION, et al.,** | ) | |
| | ) | |
| Third Party Defendants. | ) | |

## ORDER GRANTING DEFAULT JUDGMENT

Presently before the Court is Third-Party Plaintiff Kansas Teachers Community Credit Union's ("KTCCU") Motion for Default Judgment Against Third-Party Defendant Flatiron Financial Services, Inc. filed pursuant to Fed. R. Civ. P. 55. (Doc. #134). On July 8, 2009, KTCCU filed its Third-Party Complaint for indemnity and contribution against Third-Party Defendant Flatiron Financial Services, Inc. d/b/a "Peak5" ("Peak5"). (Doc. #52). Peak5 was served with process on July 15, 2009. (Doc. #110).

Under Fed. R. Civ. P. 12(a)(1)(A)(I), Peak5 was required to file its Answer to the Third-Party Complaint on or before August 4, 2009. To date, Peak5 has not attempted to respond. KTCCU requests the Court enter a default judgment against Peak5 on the issue of liability only at

1

this time. The Court finds Peak5 is in default, and KTCCU is entitled to a default judgment under Fed. R. Civ. P. 55 on the issue of liability. Accordingly, it is

**ORDERED** that KTCCU's Motion is **GRANTED**.[1]

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: March 12, 2010

---

[1] If necessary, the amount of KTCCU's damages shall be determined at a later date.