**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| CECIL E. HOPKINS, individually and on behalf of a class of others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) ) Case No. 08-05052-CV-SW-GAF |
| v. | ) ) |
| KANSAS TEACHERS COMMUNITY CREDIT UNION, | ) ) ) |
| Defendant/Third Party Plaintiff, | ) ) ) |
| v. | ) ) |
| MARATHON ROTHSCHILD CREDIT UNION, et al., | ) ) ) |
| Third Party Defendants. | ) ) |

## NOTICE OF SETTLEMENT

Defendant Kansas Teachers Community Credit Union ("the Kansas Credit Union") hereby gives notice that Plaintiff's counsel and counsel for the Kansas Credit Union have reached a settlement of the above-entitled matter. The parties will file a joint motion for preliminary approval of the class settlement in the near future as required by Fed. R. Civ. P. 23(e).

In light of the parties' resolution of this matter subject to this Court's approval, it is unnecessary for the Kansas Credit Union to file a response to Plaintiff's Motion for Partial Summary Judgment on Class Claims for Violations of Uniform Commercial Code, Related Affirmative Defenses, and Statutory Damages and Suggestions in Support of that Motion. (Docs. 177 & 178.) The Kansas Credit Union therefore requests that the Court extend the time for responding to that motion up to and including **January 31, 2010**, should it be necessary for

the Kansas Credit Union to respond to that motion if, for some unforeseen reason, the parties are unable to complete the settlement.

>
> Respectfully submitted,
>
> STINSON MORRISON HECKER LLP
>
> *Marc D. McKay*
> William E. Hanna, Mo. Bar No. 39556
> Marc D. McKay, Mo. Bar No. 53216
> 1201 Walnut, Suite 2900
> Kansas City, Missouri 64106-2150
> phone: (816) 842-8600
> fax: (816) 691-3495
> email: mmckay@stinson.com
>
> ATTORNEYS FOR DEFENDANT
> KANSAS TEACHERS COMMUNITY
> CREDIT UNION

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2010, a true and correct copy of the foregoing document was filed electronically via CM/ECF in the United States District Court for the Western District of Missouri, with notice of same being electronically served by the Court, addressed to:

R. Frederick Walters
Garrett M. Hodes
WALTERS BENDER STROHBEHN & VAUGHAN, P.C.
2500 City Center Square
1100 Main Street
P.O. Box 26188
Kansas City, MO 64196
ATTORNEYS FOR PLAINTIFF

Les Rosenfeld
Leon Kusnetsky, PC
9201 Ward Parkway, Suite 304
PO Box 8579
Kansas City, MO 64114
ATTORNEYS FOR THIRD-PARTY DEFENDANTS
MARATHON ROTHSCHILD CREDIT UNION AND
UNITED CATHOLIC CREDIT UNION

Thomas M. Martin
Joe E. Bant
LEWIS RICE & FINGERSH
1200 Main St., Suite 2300
Kansas City, MO 64105
ATTORNEYS FOR THIRD-PARTY DEFENDANT
ADVANCIAL FEDERAL

                                          *Marc D. McKay*
                                          Attorneys For Defendant